

**NUMBER 13-08-00644-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE CLYDE NUBINE

## On Petition for Writ of Mandamus.

## MEMORANDUM OPINION

**Before Justices Yañez, Garza, and Vela
Memorandum Opinion Per Curiam [1]**

Relator, Clyde Nubine, filed a pro se petition for writ of mandamus in the above cause on November 14, 2008, seeking to compel the District Clerk of Bee County to perform her ministerial functions, including, inter alia, filing pleadings and rescinding filing fees.

We do not have jurisdiction to grant the requested relief. This Court does not have mandamus jurisdiction over district clerks unless it is shown that issuance of the writ is necessary to enforce our jurisdiction. *See* TEX. GOV'T CODE ANN. § 22.221(a), (b) (Vernon

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so."); TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions).

2004); *In re Washington*, 7 S.W.3d 181, 182 (Tex. App.–Houston [1st Dist.] 1999, orig. proceeding); *In re Coronado*, 980 S.W.2d 691, 692 (Tex. App.–San Antonio 1998, orig. proceeding); *see also In re Nubine*, No. 13-08-507-CV, 2008 Tex. App. LEXIS 6534, at *1 (Tex. App.–Corpus Christi Aug. 27, 2008, orig. proceeding) (per curiam) (mem. op).

Relator has neither alleged nor shown that issuance of the writ is necessary to enforce our jurisdiction. Accordingly, the Court, having examined and fully considered the petition for writ of mandamus, is of the opinion that we lack jurisdiction to consider this matter. The petition for writ of mandamus is therefore DISMISSED for want of jurisdiction. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

Memorandum Opinion delivered and filed
this 20th day of November, 2008.